1226

No. 11–8375. LAMAR *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–8385. JIMINEZ-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8386. MINTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8389. MITCHELL *v.* LINDAMOOD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8395. TURNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8400. ZUNIGA-MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8402. DICKERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8403. DE LA ROSA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8409. CARDENAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8412. EARL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8421. DERUISE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8427. NETO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8431. WOFFORD *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–8433. TOVAR-RIVAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8435. CARDENAS BORBON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8437. BENABE ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.